1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON DIEGO DIEGO, | CASE NO. C21-0304JLR |
| Plaintiff, | ORDER |
| v. | |
| APOORVA META, et al., | |
| Defendants. | |

On August 17, 2021, the court ordered Plaintiff Ramon Diego Diego to show cause why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). (8/17/21 Order (Dkt. # 10) at 1-2.) The court required Mr. Diego Diego to respond to the order to show cause within 10 days and specifically warned him that if he did not demonstrate good cause for his failure, the court would "dismiss the action without prejudice." (*Id.* at 2.)

//

//

ORDER - 1

1    More than 10 days have passed since the court's order to show cause, and Mr.

2    Diego Diego has failed to respond in any way.  (*See generally* Dkt.)  Accordingly, the

3    court DISMISSES Mr. Diego Diego's complaint without prejudice.

4    Dated this 9th day of September, 2021.

5

6    _____

7    JAMES L. ROBART
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2