# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RAMON DIEGO DIEGO,<br><br>                Plaintiff,<br><br>    v.<br><br>APOORVA META, et al.,<br><br>               Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C21-0304JLR |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED without prejudice. (*See* Order (Dkt. # 11).)

Filed this 9th day of September, 2021.

                                      RAVI SUBRAMANIAN
                                      Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk